NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7143

ROBERT A. WALSH,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in 07-3548, Judge William A. Moorman.

ON MOTION

ORDER

The Secretary of Veterans Affairs submits a status report in response to this court's November 12, 2009 order and moves to summarily affirm the judgment of the United States Court of Appeals for Veterans Claims in light of this court's en banc decision in Henderson v. Shinseki, 589 F.3d 1201 (Fed. Cir. 2009).

The court deems it appropriate to continue the stay of proceedings in this case until the Supreme Court's final disposition of Henderson.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to summarily affirm is denied without prejudice to renewal.

(2) The stay of the briefing schedule remains in effect pending the Supreme Court's final disposition of Henderson. The Secretary is directed to inform this court, within 14 days of the Supreme Court's final disposition of Henderson, concerning how

he believes that this appeal should proceed. The appellant may also respond within that time.

FOR THE COURT

__APR 3 0 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Robert A. Walsh
      Tara K. Hogan, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 3 0 2010

JAN HORBALY
CLERK

2009-7143                                        2